1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

10
11
12
13
14
15
16

| | |
|---|---|
| DAMIAN ESTEEM,<br><br>               Plaintiff,<br><br>   vs.<br><br>CITY OF PASADENA, et al.,<br><br>               Defendants. | Case No. CV 04-662-JWJ<br><br>JUDGMENT |

17
18
19
20

In accord with the terms of the Order Re:  Minor's Compromise filed on January 29, 2008, this matter is dismissed with prejudice.

DATED:  May 16, 2008

21
22
23

_____/s/_____
JEFFREY W. JOHNSON
United States District Judge

24
25
26
27
28